# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FRANCIS R. CARTER, JR. ,**

        **Plaintiff,**

**v.**                                        **Case No:   6:11-cv-824-Orl-22DAB**

**CITY OF MELBOURNE, DONALD L.
CAREY and JACK M.
SCHLUCKEBIER,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on Defendant Donald L. Carey's Renewed Motion for Attorney's Fees (Doc. No. 158) and on Defendant City of Melbourne's Renewed Motion for Entitlement to Partial Award of Attorney's Fees (Doc. No. 159).

The United States Magistrate Judge has submitted a report recommending that the Motions be DENIED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed December 19, 2013 (Doc. No. 162), is ADOPTED and CONFIRMED and made a part of this Order.

2.      The Defendant Donald L. Carey's Renewed Motion for Attorney's Fees (Doc. No. 158) and Defendant City of Melbourne's Renewed Motion for Entitlement to Partial Award of Attorney's Fees (Doc. No. 159) are hereby DENIED.

**DONE** and **ORDERED** in Orlando, Florida on January 3, 2014.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties